IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY DONALD BILLINGSLEY,    )
                             )
     Plaintiff,              )
                             )      CIVIL ACTION NO.
     v.                      )        2:22cv406-MHT
                             )            (WO)
ANTONIO McCLAIN, Warden,     )
et al.,                      )
                             )
     Defendants.             )
```

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit challenging, as best the court can decipher, aspects of his treatment at Kilby Correctional Facility related to a disciplinary report. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to comply with a court order. Also before the court are plaintiff's objections to the recommendation. After an independent and *de novo* review of the record, the court concludes that plaintiff's objections should be

**overruled and the magistrate judge's recommendation adopted.**

**An appropriate judgment will be entered.**

**DONE, this the 16th day of June, 2023.**

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**