IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JERRY DONALD BILLINGSLEY,   )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:22cv406-MHT
                            )            (WO)
ANTONIO McCLAIN, Warden,    )
et al.,                     )
                            )
    Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 17) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. 16) is adopted.

(3) This lawsuit is dismissed without prejudice for failure to comply with a court order.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment

pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 16th day of June, 2023.

                                            /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE